BRYAN SCHRODER
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
CA Bar No. 171439

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRISTA R. MELOW and DUSTIN A. MELOW,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.3:14-cv-00024-SLG<br><br><br><br>**STIPULATION OF DISMISSAL** |

  The parties hereby stipulate and agree that all claims that were asserted or could have been asserted by Plaintiffs against the United States have been settled, and this action may be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees."

RESPECTFULLY SUBMITTED on April 20, 2017.

> BRYAN SCHRODER
> Acting United States Attorney
>
> s/Susan J. Lindquist
> Assistant U.S. Attorney
> Attorney for the Defendants
>
> ATKINSON, CONWAY & GAGNON
>
> s/W. Michael Moody (Consent)
> Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**
I hereby certify that on April 20, 2017, a copy of the foregoing was served electronically on:

W. Michael Moody

s/Susan J. Lindquist

*Melow v. United States*
Case No. 3:14-cv-00024               2