IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRISTA R. MELOW and DUSTIN A. MELOW,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | Case No. 3:14-cv-00024-SLG |

## ORDER RE STIPULATION

Upon consideration of the parties' Stipulation of Dismissal (Docket 66), the Court hereby approves the stipulation.

IT IS ORDERED that this action is DISMISSED with prejudice, with each party to bear its own costs, expenses and attorney's fees.

IT IS FURTHER ORDERED that the Final Pretrial Conference scheduled for May 4, 2017 and trial by judge scheduled to commence on May 17, 2017 are both VACATED along with any associated deadlines.

DATED this 21st day of April, 2017 at Anchorage, Alaska.

　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE